**Motion Granted; Appeal Dismissed and Memorandum Opinion filed May 16, 2013.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-13-00234-CV

---

### EDWARD DAVIS, Appellant

### V.

### VINTAGE LAKES COMMUNITY ASSOCIATION, INC., Appellee

---

**On Appeal from the Co Civil Ct at Law No 3
Harris County, Texas
Trial Court Cause No. 1025484**

---

## M E M O R A N D U M   O P I N I O N

This appeal is from a judgment signed March 5, 2013. No clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed the court appellant did not make arrangements to pay for the record.

On March 26, 2013, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen days,

appellant paid or made arrangements to pay for the record and provided this court with proof of payment.  *See* Tex. R. App. P. 37.3(b).  Appellant has not provided this court with proof of payment for the record.

On April 26, 2013, appellee filed a motion to dismiss for want of prosecution.  Appellant filed no response.  The motion is granted.

Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Chief Justice Hedges and Justices Frost and Donovan.